UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **REGINALD KIBBY,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) No. 4:07CV1123-DJS |
| | ) |
| **MIKE KEMNA,** | ) |
| | ) |
| Respondent. | ) |

### ORDER

This matter is before the Court upon the report and recommendation of the United States Magistrate Judge, recommending that petitioner Reginald Kibby's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #20] is accepted and adopted.

Dated this ___22nd___ day of September, 2010.

/s/ Donald J. Stohr
UNITED STATES DISTRICT JUDGE